**JS-6 / REMAND**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST PICO TERRACE – LET, LLC, a California limited liability company; and COUNTRY VILLA EAST L.P., a California limited partnership,<br><br>                    Plaintiffs,<br><br>          v.<br><br>FLORA TERRACE EAST LLC, a California limited liability company; and FLORA TERRACE WEST LLC, a California limited liability company,<br><br>                    Defendants. | **Case No.: SA CV 17-191-DMG**<br><br>**Bankruptcy Case No. 14-11335-CB**<br><br>**Adv. Case No. 14-1297-CB**<br><br>**ORDER APPROVING STIPULATION FOR REMAND OF THE CASE TO THE BANKRUPTCY COURT FOR FURTHER PROCEEDINGS IN ACCORDANCE WITH FEDERAL RULE OF BANKRUPTCY PROCEDURE 9033(b) AND** 28 U.S.C. 157(c) [7] |

The Court, having read and considered the *Joint Response By The Parties To The District Court's Order To Show Cause Why Case Should Not Be Remanded To The Bankruptcy Court And Stipulation By The Parties To Remand Of The Case To The Bankruptcy Court* ("Joint Response"), and good cause appearing thereon, hereby remands this case back to the Bankruptcy Court for completion of the Objection and Response Filings, as defined in the Joint Response, in the Bankruptcy Court and ruling thereon, in accordance with Federal Rule of Bankruptcy Procedure 9033(b) and 28 U.S.C. 157(c).

**IT IS SO ORDERED.**

DATED: February 21, 2017

*[signature]*

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

cc: Bankruptcy Court

2